UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA for the use and benefit of ACE ELECTRIC, INC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ALLIED WORLD SPECIALTY INSURANCE COMPANY & GSC CONSTRUCTION, INC,<br><br>　　　　　Defendants. | CIVIL ACTION FILE NO.<br><br>2:17-cv-00097-RWS |

## J U D G M E N T

This action having come before the Court, Honorable Richard W. Story, Senior United States District Judge, for consideration of Plaintiff's Motion to Confirm Arbitration Award, and the Court having granted said motion, it is

**Ordered and adjudged** that the arbitration award is confirmed as to Defendants. Judgment is hereby entered against Defendants in the amount of $104,838.50 together with prejudgment interest.

Dated at Gainesville, Georgia this 28th day of January, 2020.

　　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　　CLERK OF COURT


　　　　　　　　　　　　　　By:　s/ Shane Gazaway
　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
　　January 28, 2020
James N. Hatten
Clerk of Court


By: s/ Shane Gazaway
　　　Deputy Clerk